UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEAN SASANKO,
    Petitioner

VS.

MARILYN BROOKS,
    Respondent

DOCKET# C.A. 04-307-E

### NOTICE OF APPEAL

    Notice is hereby given that Dean Sasanko, petitioner above-named, hereby appeals to the United States Court of Appeals for the Third Circuit from the order denying petitioner's application for a writ of habeas corpus entered in this proceeding on January 12, 2006.

Respectfully submitted,

*Dean Sasanko*

Dean Sasanko AP-8165
10745 Route 18
Albion, Pa. 16475-0002

February 10, 2006