Name Alan Skoanko
Number AP-8165
Unit/Side AU-SL
10745, Route 18
Albion, PA 16475-0002

**RECEIVED**

FEB 1 4 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE MAIL
PA DEPT OF
CORRECTIONS

Clerks Office
United States District Court
P.O. Box 1820
Erie, Pa. 16507



02 1A
0004335314
MAILED FROM ZIP CODE 16401
FEB 13 2006
$00.39⁰
PITNEY BOWES