FPS-210                                                                                  DATE: March 10, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 06-1584

Sasanko v. Brooks
(D.C. No. 04-cv-0307E)

To:  Clerk

1)   Application to Proceed In Forma Pauperis

---

The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: March 14, 2006
par/cc: Mr. D.S.
        R.W., Esq.