UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

October 15, 2007

George F. Matta, Clerk of Courts
Allegheny County Courthouse
436 Grant Street  Room 114
Pittsburgh, PA 15219-2495

Re: SASANKO V. BROOKS
Civil Action No. Our case number 1:04-CV-307

Dear Mr. Matta

Enclosed are the State Court Records for the above captioned case.
Please return receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
Jennifer L. Dash
Deputy Clerk

Enclosures