UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

October 15, 2007

George F. Matta, Clerk of Courts
Courthouse
436 Grant Street  Room 114
Pittsburgh, PA 15219-2495

Re: SASANKO V. BROOKS
Civil Action No. Our case number 1:04-CV-307

Dear Mr. Matta

[ ] Enclosed are the State Court Records for the above captioned case.
[ ] Please return receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
Jennifer L. Dash
Deputy Clerk

Enclosures